**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | |
|---|---|
| **John K. Kummer** | **: CHAPTER 13** |
| **Bonnie B. Kummer** | **:** |
| **Debtors** | **: CASE NO: 16-22876-GLT** |
| ---------------------------------------------------: | |
| | : 12 U.S.C. §2605 |
| John K. Kummer | : |
| Bonnie B. Kummer | : Date and Time of Hearing: |
| | :    Friday, April 30, 2021 at 1:30 p.m. |
| Movants | : |
| v. | : |
| | : |
| U.S. Bank Trust National Association, | : Response Due:  April 30, 2021 |
| as Trustee of the Bungalow Series III Trust | : |
| Respondent | : |
| | : Related to Docket Nos. 54, 55 |
| and | : |
| | : |
| Ronda Winnecour, Esq. (Trustee) | : |
| | : |
| Respondents | : |
| ----------------------------------------------------: | |

**RESPONSE TO EMERGENCY MOTION FOR SANCTIONS PURSUANT TO 12**
**U.S.C. §2605 FOR FAILURE TO PAY ESCROW HOMEOWNERS INSURANCE**
**BY**
**U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE**
**OF THE BUNGALOW SERIES III TRUST**

AND NOW, comes the creditor/respondent, U.S. Bank Trust National Association,

as Trustee of the Bungalow Series III Trust, by its attorney, Brian E. Caine, Esq. of the law

firm of Parker McCay P.A., hereby files the within Response to the Debtor's Motion For

Sanctions Pursuant to 12 U.S.C. § 2605 for Failure to Pay Escrowed Homeowners Insurance,

and avers as follows:

1.  The respondent is U.S. Bank Trust National Association, as Trustee of the

    Bungalow Series III Trust ("U.S. Bank").

2.  U.S. Bank holds the note and mortgage on the Debtor's property located at 250

    Whippo Avenue, Butler, PA 16001 ("Subject Property").

3.  The mortgage on the Subject Property is being serviced by BSI Financial
    Services, who uses a vendor to pay/maintain the property insurance on the
    Subject Property.

4.  After reasonable investigation it has been determined that Farmers Mutual Fire
    Insurance Co. of Marble, PA did not accept an insurance payment which was
    mailed to them on or about March 1, 2021 to cover the premium.  Said payment
    was returned on or about April 7, 2021- after the March 29, 2021 deadline to
    have paid the premium. This was of <u>no</u> fault of the Debtors.

5.  Per the Debtors' exhibit, Farmers Mutual Fire Insurance Co. of Marble, PA
    determined the policy should be in cancelled status due to non-payment.

6.  Upon receipt of this motion on April 28, 2021, BSI Financial Services and its
    vendor *immediately* took action to try to pay the premium.

7.  Farmers Mutual Fire Insurance Co. of Marble, PA refused to allow the insurance
    to be reinstated.

8.  As of the filing of the motion, BSI Financial Services has been actively working
    with the insurance company, and with the cooperation of the debtor and with the
    cooperation of the debtors' attorney to get a new insurance policy in place as
    soon as possible.

9.  **Upon information and belief, the new insurance application has been bound,
    and is effective May 1, 2021.**

10.  12 U.S.C. § 2605(f) provides:

> **Damages and costs.** Whoever fails to comply with any provision of this section shall be liable to the borrower for each such failure in the following amounts:
>
> (1) Individuals. In the case of any action by an individual, an amount equal to the sum of—
>
> (A) any actual damages to the borrower as a result of the failure; and
>
> (B) any additional damages, as the court may allow, in the case of a pattern or practice of noncompliance with the requirements of this section, in an amount not to exceed $2,000.

11.  Per 12 U.S.C. §2605(f)(1)(B), the Debtors have not shown, or alleged, a pattern of practice of noncompliance with the with the requirements of 12 U.S.C. §2605. As such, it is respectfully submitted that the "additional damages" under this subsection are not warranted in this case under §2605(f)(1)(B).

12.  All parties in this matter have been actively, and in good faith, communicating and corresponding with each other.

WHEREFORE, Movant respectfully requests that this Court enter an Order:

a.  Granting all relief the Court deems just and equitable under the circumstances.

Date:  April 29, 2021          /s/Brian E. Caine, Esq.
                               Brian E. Caine, Esq.
                               PA Attorney ID 86057
                               PARKER McCAY P.A.
                               9000 Midlantic Drive, Suite 300
                               Mount Laurel, New Jersey  08054
                               (p) 856-985-4059
                               (fax) 856-596-3427
                               *Email:* bcaine@parkermccay.com
                               *Attorney for Respondent, U.S. Bank Trust National*
                               *Association, as Trustee of the Bungalow Series III*
                               *Trust*