**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/30/21 4:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In Re: | ) |
| | ) |
| JOHN K. KUMMER, AND | ) Bankruptcy No.: 16-22876-GLT |
| BONNIE B. KUMMER, | ) |
|     Debtors. | ) Chapter: 13 |
| | ) |
| JOHN K. KUMMER, AND | ) Document No.: 54 |
| BONNIE B. KUMMER, | ) |
|     Movants, | ) |
| | ) |
| v. | ) |
| | ) |
| U.S. BANK TRUST NATIONAL | ) |
| ASSOCIATION, AS TRUSTEE OF THE | ) |
| BUNGALOW SERIES III TRUST, | ) |
|     Respondent. | ) |

**<u>modified</u>**
**<u>ORDER OF COURT</u>**

**And Now,** the __30th__ day of __April__, 2021, after careful consideration of the Debtor's Motion for Sanctions, and all matters of record, **It Is Ordered and Decreed** that:

(1) U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust ("US Bank") shall immediately pay all back payments, and whatever fees, late charges, or other relevant costs, that are necessary to reinstate the Debtors' home insurance policy with Farmers, or to procure another equivalent policy, before the expiration of the Movants' current home insurance policy, or May 1, 2021, at no extra cost to the Movant Debtors;

(2) U.S. Bank shall pay actual damages in the amount of $__750__ for attorney's fees, to be paid to Dai Rosenblum at 254 New Castle Road, Butler, PA 16001 on or before __June 1__, 2021.

(3) U.S. Bank shall pay actual damages to the Debtor in the amount of $__1,125_____, to be paid to John K. Kummer and Bonnie B. Kummer at 254 New Castle Road, Butler, PA 16001 on or before ___June 1_____, 2021.

Dated: 4/30/21

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY COURT